Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Barry Johnson,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6037

v.

Commissioner of Social Security,
Defendant

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the final decision of the Commissioner is hereby affirmed.

Date: March 27, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: Dawn K.
    Deputy Clerk